Finding no error in the record, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

On Motion for Rehearing.

HAWKINS, J. [3] Appellant renews insistence that the state failed to make out its case in omitting to prove the allegation in the indictment averring what was meant by the expression "pimping for his mother." The term "pimp" seems to have received judicial interpretation which is in line with its generally accepted meaning:

"Pimp. One who provides for others the means of gratifying lust; a pander; one who provides gratification for the lust of others; a procurer, a panderer." 30 Cyc. Law & Proc. p. 1624, where citation to cases may be found.

See, also, Webster's International Dictionary for precisely the same definition.

It would seem that the words used by appellant are well understood without the state resorting to proof of their meaning.

The motion for rehearing is overruled.

---

**HOLLIMON v. STATE.**      (No. 11648.)

Court of Criminal Appeals of Texas.      March 14, 1928.

Criminal law ⚌1097(5)—Complaints of charge cannot be considered in absence of statement of facts on appeal from conviction.

In the absence of statement of facts on appeal from conviction, it is not possible to determine whether complaints as to charge have merit.

Appeal from District Court, Liberty County; Thos. B. Coe, Judge.

Frank Hollimon was convicted of the theft of a hog, and he appeals. Affirmed.

M. E. Cain, of Liberty, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Theft of a hog is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is void of statement of facts. There are several bills of exceptions in which complaint is made of the manner in which the court instructed the jury, but, in the absence of the statement of facts, it is not possible to determine whether the complaints of the charge have merit.

The judgment is affirmed.